People of the State of Illinois ex rel. Oscar Nelson et al., Appellees, v. Northwestern Trust and Savings Bank et al., Appellants.

Appeal of Otto C. Woerter, Receiver of Northwestern Trust and Savings Bank, from finding on Intervening Petition of John N. Budzban, Receiver of Northwestern Securities Company.

Gen. No. 42,508.

opinion filed April 26, 1944; rehearing denied June 13, 1944. Herbert G. Immenhausen, for certain appellant; Russell W. Root, of counsel; Smietanka, Conlon & Nowak, for certain appellee; Charles D. Snewind, of counsel. Opinion by Justice Kiley. Not to be published in full.